IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00174-RJC-DSC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRADY RAYMOND FRICK (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Correct Indictment. (Doc. No. 14).

The parties agree that the true name of the person at issue in this case is Brady Raymond Frick, Jr. and seek to avoid any confusion with the defendant's living father, Brady Raymond Frick. (Id. at 1). Accordingly, they propose to amend the Indictment in every place where the defendant's full name is used. (Doc. No. 14-1). The amendment offered by the parties is clearly ministerial and would in no way affect any substantive or procedural rights of the defendant. See United States v. Morrow, 925 F.2d 779, 781 (4th Cir. 1991) ("Correction of a typographical error which goes to form rather than the substance of the indictment is permissible." quoting United States v. Neff, 525 F.2d 361, 363 (8th Cir.1975)).

**IT IS, THEREFORE, ORDERED** that the Joint Motion is **GRANTED** and the Indictment is amended to substitute "Brady Raymond Frick, Jr." wherever "Brady Raymond Frick" is used.

The Clerk is directed to certify copies of this Order to the defendant, counsel for the defendant, the United States Attorney, United States Probation Office, and the United States Marshal Service.

Signed: September 25, 2018

Robert J. Conrad, Jr.
United States District Judge